UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO. 1:05CV-00073-EHJ

LEANDRA H. SCHROEDER                                              PLAINTIFF

VS.

JO ANNE B. BARNHART,
Commissioner of Social Security                                  DEFENDANT

## ORDER

The above matter having been referred to the United States Magistrate Judge who has filed his Findings of Fact, Conclusions of Law, and Recommendation, no objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

**IT IS HEREBY ORDERED** that the final decision of the Commissioner is REVERSED and this case is REMANDED for further proceedings consistent with the conclusions of law of the Magistrate Judge.

This is a final and appealable Order and there is no just cause for delay.

Copies:        Counsel